Form 3

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| GREATRIVER WOOD CO., LTD (a.k.a. CONG TY TNHH GREATRIVER WOOD and GREATRIVER WOOD COMPANY LIMITED)<br><br>                                        Plaintiff,<br>          v.<br><br>UNITED STATES<br><br>                                        Defendant. | Court No. 1:23-cv-00155 |

TO:   The Attorney General, the Department of Commerce,
         and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below:

/s/Mario Toscano
Acting Clerk of the Court

---

### 1. Name and Standing of Plaintiff

Plaintiff is Greatriver Wood Co., Ltd., a.k.a. Cong Ty TNHH Greatriver Wood or Greatriver Wood Company Limited.  It is a foreign producer and exporter of the subject merchandise who participated in the proceedings at the U.S. Department of Commerce.  Plaintiff has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

### 2. Brief Description of Contested Determination

Plaintiff contests the U.S. Department of Commerce's Affirmative Final Determination of Circumvention of the Antidumping and Countervailing Duty Orders, *Certain Hardwood Plywood Products from the People's Republic of China: Final Scope Determination and Affirmative Final Determination of Circumvention of the Antidumping and Countervailing Duty Orders*, 88 Fed. Reg. 46,740 (July 20, 2023), (Case Nos. A-570-051, C-570-052).

### 3. Date of Relevant Determination

The final determination is dated July 14, 2023, but the parties first received the decision via electronic mail on July 17, 2023.

Form 3

**4. Date of Publication in Federal Register of Notice of Contested Determination**

July 20, 2023 (88 Fed. Reg. 46,740)

                    Respectfully submitted,

                    /s/Jeffrey S. Neeley
                    Jeffrey S. Neeley
                    Husch Blackwell, LLP

                    1801 Pennsylvania Ave., N.W.
                    Suite 1000
                    Washington, D.C. 20006
                    (202) 378-2357
                    Jeffrey.neeley@huschblackwell.com

Dated: August 14, 2023

Form 3

If this action, described in 28 U.S.C .§ 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
26 Federal Plaza
New York, NY 10278

The Honorable Gina Raimondo
c/o Robert Heilferty, Esq.
Chief Counsel for Trade Enforcement and Compliance
**U.S. DEPARTMENT OF COMMERCE**
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 480
Ben Franklin Station
Washington, DC 20444

# UNITED STATES COURT OF INTERNATIONAL TRADE
## Greatriver Wood Co., Ltd. v. United States
### Court No. 1:23-cv-00155

I hereby certify that the foregoing Summons as well as, Form 5 Information Statement, Form 11 Notice of Appearance, Form 13 Disclosure of Corporate Affiliations and Financial Interest and Form 17 Business Proprietary Information Certification were served on this 14th day of August, 2023, by U.S. certified mail return receipt requested and email, on the following parties:

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
26 Federal Plaza
New York, NY 10278

The Honorable Gina Raimondo
c/o Robert Heilferty, Esq.
Chief Counsel for Trade Enforcement and Compliance
**U.S. DEPARTMENT OF COMMERCE**
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 480
Ben Franklin Station
Washington, DC 20444
civil.itfoecf@usdoj.gov

Jeffrey S. Grimson, Esq.
Mowry & Grimson PLLC
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015
jsg@mowrygrimson.com

Gregory S. Menegaz, Esq.

deKieffer & Horgan
1090 Vermont Avenue, NW
Suite 410
Washington, DC 20005
gmenegaz@dhlaw.com

Kristen Smith, Esq.
Sandler, Travis & Rosenberg, P.A.
1300 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20004-3002
ksmith@strtrade.com

Stephanie M. Bell, Esq.
Wiley Rein LLP
2050 M Street, NW
Washington, DC 20036
sbell@wiley.law

Ronald M. Wisla, Esq.
Fox Rothschild LLP
2020 K Street, NW
Suite 500
Washington, DC 20006
rwisla@foxrothschild.com

Ignacio Jesus Lazo, Esq.
Cadden & Fuller LLP
114 Pacifica, Suite 450
Irvine, CA 92618-3326
ilazo@caddenfuller.com

Daniel L. Porter, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP

**HUSCH BLACKWELL**

1717 Pennsylvania Avenue, NW
Washington, DC 20006
dporter@curtis.com

Nguyen Huu Due
Thanh Truc Manufacture and Trading Company Limited
HAMLET 3, DINH XUYEN VILLAGE, GIA LAM DISTRICT, HA NOI CITY, VIETNAM
thanhtrucmatch@gmail.com

Mai Thi Thuy
TUAN DUNG PLYWOOD EXPORT AND IMPORT CO., LTD
Lot No. CN05-2
Ninh Hiep Industrial Cluster
Ninh Hiep Commune, Gia Lam District, Hanoi, Vietnam
tuandungplywood.xnk@gmail.com

Bui Thi Nguyet
Quang Phat Wood Joint Stock Company Dai Kim Industrial Park, Son Kim Commune 1, Huong Son District, Ha Tinh Province, Vietnam
nguyetbt2@quangphatwood.com

Nguyen Yen Ngoc
Trade Remedies Authority of Vietnam 23 Ngo Quyen - Hoan Kiem - Ha Noi
ngocny@moit.gov.vn

Le quang chuyen
Thanh Hoa Industrial Wood Co., Ltd. Lien Thanh Hamlet, Luan Thanh commune, Thuong Xuan District, Thanh Hoa Province, Vietnam
lechuyen0101@gmail.com

Nguyen Thanh Tien

Truong Son industrial Wood JSC FLOOR 7., NO.3, PHAN CHU TRINH STREET., DIEN BIEN WARD THANH HOA CITY, THANH HOA, VIETNAM
tiennt@truongsonwood.vn

Thomas Trendl, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
ttrendl@steptoe.com

Raymond Paretzky, Esq.
McDermott Will & Emery
500 N. Capitol Street, NW
Washington, DC 20001-1531
rparetzky@mwe.com

Chunlian Yang, Esq.
Alston & Bird, LLP
950 F Street, NW
Washington, DC 20004-1404
lian.yang@alston.com

Cuong Nguyen
The Dong Tam Production Trading Company Limited
12 village, Xuan Phu ward, Tho Xuan district, Thanh Hoa province, Vietnam
cuongnt@dongtamwood.com

Triunguyenvan Hoanglam Plywood Joint Stock Company
An Hà Commune, L?ng Giang District, B?c Giang Province
triuhoanglamplywood@gmail.com

Do Xuan Lap
Vietnam Timber and Forest Product Association (VIFOREST)
189 Thanh Nhan Hanoi, Vietnam
info@vietfores.org.vn

Tung Le

**HUSCH BLACKWELL**

Bao Yen MDF Joint Stock Company
Long Phúc Commune, B?o Yên District,
Lào Cai Province
mdfbaoyen@gmail.com

Nam Duc Nguyen
NAM HUY TRADING LIMITED
COMPANY
Nam Huy Trading Limited Company
Number 65/52 Mieu Hai Xa, Du Hang Kenh
Ward, Le Chan District, Hai Phong City,
Vietnam
nguyenducnam@namhuyplywood.vn               /s/Jeffrey S. Neeley

                                                                  Jeffrey S. Neeley